In the Matter of STEPHEN J. SZRENDY, JR., an Attorney.— Reference ordered to George W. Burleigh, Esq. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of JAC. W. WYTE (Formerly Known as JACOB WEISSBERGER), an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM A. TITUS, JR., Respondent, v. EMORY T. WALES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRVING M. SALLS, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes for reversal and a new trial, on the ground that the findings that plaintiff was guilty of contributory negligence and that defendant's conductor was free from negligence are against the weight of the evidence.

A. L. EISENSTAEDT CO., INC., and CHARLES W. CULKIN, as Sheriff of New York County, Appellants, v. MOE NAITOVE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVIS DREIFUS CO., INC., and CHARLES W. CULKIN, as Sheriff of New York County, Appellants, v. MOE NAITOVE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NELLIE T. MCAVOY, as Executrix, etc., of FRANCIS S. MCAVOY, Deceased, Respondent, v. SIDNEY C. SCHRAMME and Others, Appellants. NELLIE T. MCAVOY, as Executrix, etc., of FRANCIS S. MCAVOY, Deceased, Respondent, v. INWOOD LAND & IMPROVEMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

NELLIE T. MCAVOY, as Executrix, etc., of FRANCIS S. MCAVOY, Deceased, Respondent, v. SIDNEY C. SCHRAMME and Others, Defendants, Impleaded with INWOOD LAND & IMPROVEMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

G & S BAKERY, INC., Appellant, v. CHARLES CHRISTEL, as President of Local No. 164 of the Amalgamated Food Workers, an Unincorporated Association, etc., and MORRIS HANDSHU, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING M. SPITZER & Co., Respondent, v. RIVERVIEW CANNING COMPANY, a Foreign Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING M. SPITZER & Co., Respondent, v. FALLS CANNING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.